```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 01428
   MALGORZATA KALINOWSKI
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
             Debtor
     SSN XXX-XX-7789
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 01/28/07 .

   2.   The case was dismissed without confirmation, 08/03/2007.

   3.   The Debtor paid a total of $   7152.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MID AMERICA BANK | SECURED | NOT FILED | .00 | .00 |
| MID AMERICA BANK | SECURED | .00 | .00 | .00 |
| FIVE STAR BANK | SECURED VEHIC | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PIER 1 IMPORTS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

```
      Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED         OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00          .00           .00         .00
PRINCIPAL PAID            .00          .00          .00           .00         .00
INTEREST PAID             .00          .00          .00           .00         .00
TOTAL PAID                .00          .00          .00           .00         .00
```

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1500.00  direct and $   1500.00  through the plan.

The Trustee received $      40.04 .

Refunds to the Debtor totaled $   5611.96 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/14/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 01428 MALGORZATA KALINOWSKI